IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 13-455

DONALD WILLIAMS



FILED
SEP 11 2013
MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

## ORDER FOR BENCH WARRANT

AND NOW, this 11th day of September, 2013, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DONALD WILLIAMS

CRIMINAL NO. 13-455

FILED
SEP 11 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this ____ day of _____, 2013, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and TOMIKA N. STEVENS, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

TOMIKA N. STEVENS
Assistant United States Attorney