# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

___ INTERPRETER NEEDED  :  **INITIAL APPEARANCE ARRAIGNMENT**

: October 29, 2013
  ESR OPERATOR: C. Wardlaw

UNITED STATES OF AMERICA  :  AUSA Tomika Stevens

v.  :  Cr No: 13-455

DONALD WILLIAMS

:  William Spade
   [X] CJA Appointed
   [ ] Retained
   [ ] Defenders' Assn. Apptd.

*FILED OCT 30 2013 MICHAEL ___ By ___*

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and arraignment are scheduled for.

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other -

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[X] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 10 days to file pretrial motions.*

BY:

_____
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT __11__ MINUTES**