# UNITED STATES DISTRICT COURT

for the

EASTERN District of PENNSYLVANIA

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DONALD WILLIAMS<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No.   CR 13-455 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DONALD WILLIAMS,
who is accused of an offense or violation based on the following document filed with the court:

X  Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

DISTRIBUTION OF OXYCODONE  21:841(a)(1); 18:2 Aiding & Abetting

Date:   Sep 12, 2013

_____, Deputy Clerk
*Issuing officer's signature*

City and state:   PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)*  9-12-13 , and the person was arrested on *(date)*  10-29-13
at *(city and state)*  PA

Date:  10-29-13

*Arresting officer's signature*  JEP

*Printed name and title*