IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 13-CR-455 |
| | : |
| DONALD WILLIAMS | : |

### ORDER

AND NOW, this      day of December, 2015, the defendant having filed a Motion for Modification of the Terms of Pre-Trial Release, to which the government, the U.S. Pretrial Services Office and the U.S. Probation Office have no objection, it is hereby Ordered that the Motion is **GRANTED** as follows:

1. Defendant Donald Williams is relieved from the condition of his pretrial release that he submit to house arrest with electronic location monitoring at the address of 1735 North 59th Street, Philadelphia, PA 19151 for the time period that he is receiving inpatient drug and alcohol treatment at the Livengrin program, located at 4833 Hulmeville Road, Bensalem, PA 19020;

2. Defendant Williams shall report by telephone to Pre-Trial Services when he is discharged from the Livengrin program.

3. Defendant Williams shall reside at the Gibson Foundation Recovery House *or other suitable approved residence*, located at 3339 Frankfort Avenue, Philadelphia, PA 19134, immediately upon his release from the Livengrin Program and he shall submit to electronic location monitoring at that address;

4. All other conditions of Defendant Williams' pretrial release as outlined in the Court's April 15, 2015 Order shall remain in full force and effect.

*[signature]*

cc
U.S. Pretrial (via e-mail)
S/T (via e-mail)

BY THE COURT:

_____
HONORABLE CYNTHIA M. RUFE'
United States District Judge